```
            UNITED STATES DISTRICT COURT
          SOUTHERN DISTRICT OF WEST VIRGINIA
                     AT CHARLESTON
```

MARY S. BOGGS and
DALE C. BOGGS, her husband

    Plaintiffs,

v.                                         Civil Action No. 2:11-0150

CINTAS CORPORATION No. 2,
a Nevada corporation; and
JOHN DOE, as an agent, employee and
servant of Cintas Corporation,

    Defendants and
    Third Party Plaintiff,

v.

THE UNITED STATES,
JAMES CREEL, as an agent, employee and
servant of the United States Postal Service,
and JANE DOE, as an agent, employee
and servant of the United States Postal Service,

    Third Party Defendants.

### O R D E R

Pending is third party defendant the United States' motion to stay the court's order and notice, filed March 24, 2011. The parties have informed the court's law clerk that they do not oppose the motion.

The United States asks for a stay in light of the issues presented in its motion to dismiss for lack of subject matter jurisdiction and the response of defendant/third party

plaintiff Cintas Corporation No. 2.  The court notes as well that the plaintiffs moved to remand on April 6, 2011, presenting an additional layer of jurisdictional issues.

For reasons appearing to the court, it is ORDERED that the United States' motion to stay be, and it hereby is, granted, and the directives of the court's order and notice, entered March 23, 2011, are STAYED pending resolution of the jurisdictional issues presented by the parties' various motions.

The Clerk is directed to forward copies of this written opinion and order to all counsel of record and any unrepresented parties.

                                 DATED:  April 8, 2011

                                 John T. Copenhaver, Jr.
                                 United States District Judge